### SAFFIN ag$^t$ JESSON

John Saffin plaint. ag$^t$ Jacob Jesson Defend$^t$ in an action of debt for that the s$^d$ Jacob Jesson refuseth to make payment of the Summe

of thirteen pounds in mony due unto the s<sup>d</sup> Saffin for the rent of his warehouse as by the Lease thereof bearing date the .12th day of October .1675. with an accompt & other testimony may appeare and all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> January .16th 1676. Objection being made of two actions in the process the plaint. declared hee held to that of the lease: after which the Evidences in the case produced being read and committed to the Jury which remain on file with the Records of this Court: The Jury brought in theire Verdict, they found for the plaintife thirteen pounds according to Lease & costs of Court allow<sup>d</sup> twenty nine Shillings and ten pence.

Execucion issued 13° Feb<sup>ry</sup> 1676.

[ The serving of this execution involved two persons in serious difficulties. See Walley v. Waite, in the April Session, below, p. 802.]